◼ Merrill Lynch, Pierce, Fenner & Smith, Respondent, v Douglas Michelson, Appellant. [724 NYS2d 843] —Order, Supreme Court, New York County (Barry Cozier, J.), entered on or about April 3, 2000, which vacated a default judgment, previously entered against defendant upon his failure to appear at a compliance conference, on the conditions that he be precluded from conducting any further disclosure, that his counterclaims be stricken and that costs of $500 and a previously imposed sanction of $500 be paid within 10 days, unanimously affirmed, with costs.

The conditions were a proper exercise of discretion in view of defendant's longstanding dilatory conduct in responding to and initiating disclosure and not attending conferences (*see Glasburgh v Port Auth.*, 193 AD2d 441), and his failure to show that his counterclaims are meritorious. Concur—Nardelli, J. P., Tom, Andrias, Rubin and Marlow, JJ.